UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) v. ) ) LAURA J. RICHMILLER, a/k/a LAURA J. PLATT, ) a/k/a LAURA JEAN PLATT, a/k/a LAURA J. ) MERLO, ) ) Defendants. ) | Case No. 09-CV-3283 |

## ORDER

A Report and Recommendation (#23) was filed by Magistrate Judge Byron Cudmore in the above cause on December 9, 2010. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#23) is accepted by this court.

(2) The Decree Confirming United States Marshal's Report of Sale will be entered by the Court.

(3) This case is terminated.

ENTERED this 22nd day of December, 2010

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE